

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00155-CV

GATEWAY, INC.                                                    APPELLANT

V.

FORT WORTH ACADEMY FOR                                           APPELLEE
THE EDUCATION OF CHILDREN
AND YOUTH

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant Gateway, Inc.'s Unopposed Motion To Dismiss."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]See Tex. R. App. P. 47.4.

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 1, 2010